IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SANDRA COULTER                                                                        PLAINTIFF

V.                                  No. 3:07CV00182 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                              DEFENDANT

## ORDER

On Motion of Defendant, his time for filing Defendant's Reply Brief, or otherwise move, is hereby extended to and including May 14, 2008.

IT IS SO ORDERED this 15th day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE