IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SANDRA COULTER                                                                                              PLAINTIFF

V.                                      NO. 3:07CV00182 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 22nd day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE